BRADLEY J. WALLER
KLEIN, STODDARD, BUCK, WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

The Honorable:          BRUCE W. BLACK
Chapter   7
Location:    Will County Court Annex, 57 N Ottawa, Joliet, IL
Hearing Date:                            11/13/2009
Hearing Time:                            09:15am
Response Date:                             / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ELLISON, ANNIE R                       Case No. 08-09419
                                            Chapter   7
Debtor

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/13/2009 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/22/2009          By:  /s/BRADLEY J. WALLER
                                      Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

UST Form 101-7-NFR (9/1/2009)

BRADLEY J. WALLER
KLEIN, STODDARD, BUCK, WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

The Honorable BRUCE W. BLACK
Chapter 7
Location: Will County Court Annex, 57 N Ottawa, Joliet, IL
Hearing Date: 11/13/2009
Hearing Time: 09:15am
Response Date: / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ELLISON, ANNIE R

Case No. 08-09419
Chapter 7

Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 40,001.81 |
| and approved disbursements of | $ 36,374.39 |
| leaving a balance on hand of [1] | $ 3,627.42 |

Claims of secured creditors will be paid as follows:

*Claimant*          *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,250.00 | $ 101.00 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,798.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank | $ 1,375.35 | $ 112.63 |
| 2 | Discover Bank/DFS Services LLC | $ 11,433.20 | $ 936.26 |
| 3 -2 | CHASE BANK USA, NA | $ 1,075.84 | $ 88.10 |
| 4 -2 | CHASE BANK USA, NA | $ 6,340.37 | $ 519.21 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 1,161.62 | $ 95.13 |
| 6 | Capital Recovery II | $ 393.54 | $ 32.23 |
| 7 | Capital Recovery II | $ 259.91 | $ 21.28 |
| 8 | Capital Recovery II | $ 839.16 | $ 68.72 |

**UST Form 101-7-NFR (9/1/2009)**

| 10 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 4,919.53 | $ 402.86 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                         Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: mjerdine              Page 1 of 1             Date Rcvd: Jul 15, 2008
Case: 08-09419                 Form ID: ntcftfc7           Total Served: 20

The following entities were served by first class mail on Jul 17, 2008.
db          +Annie R Ellison,    983 Pennwood Lane,    Bolingbrook, IL 60440-5209
aty         +Ronald D Cummings,    Law Office of Ronald D Cummings,    121 Springfield Avenue,
              Joliet, IL 60435-6561
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
12149146     Andrews FCU,   Visa,    P.O. Box 96099,    Charlotte, NC 28296-0099
12149147     Bank of America,    P.O. Box 17309,    Baltimore, MD 21297-1309
12149148     Capital One Bank,    P.O. Box 5294,    Carol Stream, IL 60197-5294
12149153    +Enterprise Recovery Systems,    2400 South Wolf Rd Suite 200,    Westchester, IL 60154-5625
12149154     JC Penney,   P.O. Box 960090,    Orlando, FL 32896-0090
12149155     Lord & Taylor,    P.O. Box 960035,    Orlando, FL 32896-0035
12149158    +Midwest Rehabilitation Services,    7530 S. Woodward Avenue C,    Woodridge, IL 60517-3100
12149159    +NCO Financial Systems Inc,,    4608 South Garnett Rd.,    Suite 600,    Tulsa, OK 74146-5226
12149160     Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
12149162     Wells Fargo Bank NA,    P.O. Box 54780,    Los Angeles, CA 90054-0780

The following entities were served by electronic transmission on Jul 16, 2008.
12149147     EDI: BANKAMER2.COM Jul 16 2008 02:58:00     Bank of America,    P.O. Box 17309,
              Baltimore, MD 21297-1309
12149149     EDI: CHASE.COM Jul 16 2008 02:58:00     Cardmember Service,    P.o. Box 15325,
              Wilmington, DE 19886-5325
12149150    +EDI: CHASE.COM Jul 16 2008 02:58:00     Chase,   P.O. box 15153,    Wilmington, DE 19886-5153
12149151     EDI: DISCOVER.COM Jul 16 2008 02:58:00     Discover,    P.O. box 30395,
              Salt Lake City, UT 84130-0395
12149152     EDI: DISCOVER.COM Jul 16 2008 02:58:00     Discover Financial Services,    P.O. Box 3025,
              New Albany, OH 43054-3025
12149156     EDI: TSYS2.COM Jul 16 2008 02:58:00     Macy's,    P.O. box 689195,    Des Moines, IA 50368-9195
12149157     EDI: HFC.COM Jul 16 2008 02:58:00     Menards,    Retail services,    P.O. Box 17602,
              Baltimore, MD 21297-1602
12149160     EDI: SEARS.COM Jul 16 2008 02:58:00     Sears Credit Cards,    P.O. Box 183082,
              Columbus, OH 43218-3082
12149161     EDI: RMSC.COM Jul 16 2008 02:58:00     Wal-mart,    P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 9

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2008                     Signature:    *[signature: Joseph Speetjens]*