BRADLEY J. WALLER

KLEIN, STODDARD, BUCK, WALLER

1045 ABERDEEN COURT

SYCAMORE, IL  60178

(815) 748-0380

| | |
|---|---|
| The Honorable: | BRUCE W. BLACK |
| Chapter   7 | |
| Location: | Will County Court Annex, 57 N Ottawa, Joliet, IL |
| Hearing Date: | 11/13/2009 |
| Hearing Time: | 09:15am |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ELLISON, ANNIE R

Case No. 08-09419

Chapter   7

Debtor

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BRADLEY J. WALLER            , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street

Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.   If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 11/13/2009 in Courtroom 201, United States Courthouse,
Will County Court Annex Building

57 North Ottawa Street

Joliet, IL  60432.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/22/2009           By:  /s/BRADLEY J. WALLER

                                                Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

UST Form 101-7-NFR (9/1/2009)

RADLEY J. WALLER
LEIN, STODDARD, BUCK, WALLER

045 ABERDEEN COURT
YCAMORE, IL 60178
815) 748-0380

The Honorable
BRUCE W. BLACK

Chapter   7
Location:       Will County Court Annex, 57 N Ottawa, Joliet, IL
Hearing Date:                                           11/13/2009
Hearing Time:                                           09:15am
Response Date:                                              / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: ELLISON, ANNIE R

Case No. 08-09419
Chapter   7

_____ ,
Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $          40,001.81

*and approved disbursements of*               $          36,374.39

*leaving a balance on hand of* [1]            $           3,627.42

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BRADLEY J. WALLER | $ 1,250.00 | $ 101.00 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

   1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,798.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank | $ 1,375.35 | $ 112.63 |
| 2 | Discover Bank/DFS Services LLC | $ 11,433.20 | $ 936.26 |
| 3 -2 | CHASE BANK USA, NA | $ 1,075.84 | $ 88.10 |
| 4 -2 | CHASE BANK USA, NA | $ 6,340.37 | $ 519.21 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 1,161.62 | $ 95.13 |
| 6 | Capital Recovery II | $ 393.54 | $ 32.23 |
| 7 | Capital Recovery II | $ 259.91 | $ 21.28 |
| 8 | Capital Recovery II | $ 839.16 | $ 68.72 |

**UST Form 101-7-NFR (9/1/2009)**

|  | FIA CARD SERVICES, | | |
|---|---|---|---|
| 10 | N.A./BANK OF AMERICA | $ 4,919.53 | $ 402.86 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER

Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1          User: mjerdine          Page 1 of 1          Date Rcvd: Jul 15, 2008
Case: 08-09419               Form ID: ntcftfc7         Total Served: 20

The following entities were served by first class mail on Jul 17, 2008.
```
db            +Annie R Ellison,    983 Pennwood Lane,   Bolingbrook, IL 60440-5209
aty           +Ronald D Cummings,   Law Office of Ronald D Cummings,   121 Springfield Avenue,
               Joliet, IL 60435-6561
tr            +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12149146       Andrews FCU,   Visa,   P.O.  Box  96099,   Charlotte, NC 28296-0099
12149147       Bank of America,   P.O.  Box  17309,   Baltimore, MD 21297-1309
12149148       Capital One Bank,   P.O.  Box  5294,   Carol Stream, IL 60197-5294
12149153      +Enterprise Recovery Systems,   2400 South Wolf  Rd  Suite 200,   Westchester, IL 60154-5625
12149154       JC Penney,   P.O.  Box 960090,   Orlando, FL 32896-0090
12149155       Lord & Taylor,   P.O. Box 960035,   Orlando, FL 32896-0035
12149158      +Midwest Rehabilitation Services,   7530  S. Woodward  Avenue  C,   Woodridge, IL 60517-3100
12149159      +NCO Financial  Systems  Inc,,   4608  South  Garnett Rd.,   Suite 600,   Tulsa, OK 74146-5226
12149160       Sears Credit Cards,   P.O. Box  183082,   Columbus, OH 43218-3082
12149162       Wells Fargo Bank NA,   P.O. Box 54780,   Los Angeles, CA 90054-0780
```

The following entities were served by electronic transmission on Jul 16, 2008.
```
12149147       EDI: BANKAMER2.COM Jul 16 2008 02:58:00    Bank of America,   P.O.  Box  17309,
               Baltimore, MD 21297-1309
12149149       EDI: CHASE.COM Jul 16 2008 02:58:00    Cardmember  Service,   P.o.  Box  15325,
               Wilmington, DE 19886-5325
12149150      +EDI: CHASE.COM Jul 16 2008 02:58:00    Chase,   P.O.  box  15153,   Wilmington, DE 19886-5153
12149151       EDI: DISCOVER.COM Jul 16 2008 02:58:00    Discover,   P.O. box  30395,
               Salt Lake City, UT 84130-0395
12149152       EDI: DISCOVER.COM Jul 16 2008 02:58:00    Discover  Financial  Services,   P.O.  Box  3025,
               New Albany, OH 43054-3025
12149156       EDI: TSYS2.COM Jul 16 2008 02:58:00    Macy's,   P.O. box 689195,   Des Moines, IA 50368-9195
12149157       EDI: HFC.COM Jul 16 2008 02:58:00    Menards,   Retail services,   P.O.  Box  17602,
               Baltimore, MD 21297-1602
12149160       EDI: SEARS.COM Jul 16 2008 02:58:00    Sears Credit Cards,   P.O. Box  183082,
               Columbus, OH 43218-3082
12149161       EDI: RMSC.COM Jul 16 2008 02:58:00    Wal-mart,   P.O.  Box  530927,   Atlanta, GA 30353-0927
                                                                              TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS *****                                     TOTAL: 0
NONE.
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2008                    Signature:    _Joseph Speetjens_

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 2          Date Rcvd: Oct 02, 2009
Case: 08-09419               Form ID: pdf006          Total Noticed: 31


The following entities were noticed by first class mail on Oct 04, 2009.
```
db           +Annie R Ellison,   983 Pennwood Lane,   Bolingbrook, IL 60440-5209
aty          +Ronald D Cummings,   Law Office of Ronald D Cummings,   121 Springfield Avenue,
              Joliet, IL 60435-6561
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
12149146      Andrews FCU,   Visa,   P.O. Box 96099,   Charlotte, NC 28296-0099
12149147      Bank of America,   P.O. Box 17309,   Baltimore, MD 21297-1309
12503166     +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
              NORCROSS, GA 30091-5155
12476949     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14349614      CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
12149148      Capital One Bank,   P.O. Box 5294,   Carol Stream, IL 60197-5294
12149149      Cardmember Service,   P.o. Box 15325,   Wilmington, DE 19886-5325
12149150     +Chase,   P.O. box 15153,   Wilmington, DE 19886-5153
12149153     +Enterprise Recovery Systems,   2400 South Wolf Rd Suite 200,   Westchester, IL 60154-5625
12149155      Lord & Taylor,   P.O. Box 960035,   Orlando, FL 32896-0035
12149156      Macy's,   P.O. box 689195,   Des Moines, IA 50368-9195
12149157      Menards,   Retail services,   P.O. Box 17602,   Baltimore, MD 21297-1602
12149158     +Midwest Rehabilitation Services,   7530 S. Woodward Avenue C,   Woodridge, IL 60517-3100
12149159     +NCO Financial Systems Inc,,   4608 South Garnett Rd.,   Suite 600,   Tulsa, OK 74146-5226
12443349      PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
12149160      Sears Credit Cards,   P.O. Box 183082,   Columbus, OH 43218-3082
12149162      Wells Fargo Bank NA,   P.O. Box 54780,   Los Angeles, CA 90054-0780
```

The following entities were noticed by electronic transmission on Oct 02, 2009.
```
13000817     +E-mail/PDF: rmscedi@recoverycorp.com Oct 02 2009 23:35:06    Capital Recovery II,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12149151      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2009 23:34:18    Discover,   P.O. box 30395,
              Salt Lake City, UT 84130-0395
12149152      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2009 23:34:18    Discover Financial Services,
              P.O. Box 3025,   New Albany, OH 43054-3025
12454401      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2009 23:34:18
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12698535     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
              FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12149154      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2009 23:35:06    JC Penney,   P.O. Box 960090,
              Orlando, FL 32896-0090
13000818      E-mail/PDF: rmscedi@recoverycorp.com Oct 02 2009 23:35:06
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12579090     +E-mail/PDF: rmscedi@recoverycorp.com Oct 02 2009 23:35:06
              Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12579091     +E-mail/PDF: rmscedi@recoverycorp.com Oct 02 2009 23:35:06
              Recovery Management Systems Corporation,   For GE Money Bank,   dba LORD & TAYLOR,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12579092     +E-mail/PDF: rmscedi@recoverycorp.com Oct 02 2009 23:35:06
              Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12149161      E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2009 23:35:06    Wal-mart,   P.O. Box 530927,
              Atlanta, GA 30353-0927
                                                                                     TOTAL: 11
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**                              **Signature:** _Joseph Speetjens_