# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: ELLISON, ANNIE R                                  Case No. 08-09419
                                                          Chapter   7
_____,
              Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $273,450.00              Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,602.56    Claims Discharged
                                               Without Payment: $25,522.10

Total Expenses of Administration: $16,399.25

---

3) Total gross receipts of $  40,001.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  15,000.00  (see **Exhibit 2**), yielded net receipts of $25,001.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,868.74 | $6,326.14 | $6,326.14 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,399.43 | 16,399.25 | 16,399.25 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 35,214.73 | 27,798.52 | 2,276.42 |
| **TOTAL DISBURSEMENTS** | $0.00 | $60,482.90 | $50,523.91 | $25,001.81 |

    4) This case was originally filed under Chapter 7 on April 17, 2008. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By: /s/BRADLEY J. WALLER
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CASE | 1142-000 | 40,000.00 |
| Interest Income | 1270-000 | 1.81 |
| **TOTAL GROSS RECEIPTS** | | **$40,001.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Annie R. Ellison | per court order of 04/24/2009 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Midwest Rehabilitation Services | 4300-000 | N/A | 542.60 | 0.00 | 0.00 |
| | MidWest Rehab | 4210-000 | N/A | 542.60 | 542.60 | 542.60 |
| | Socrates, Inc. | 4210-000 | N/A | 5,783.54 | 5,783.54 | 5,783.54 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,868.74** | **$6,326.14** | **$6,326.14** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,250.18 | 1,250.00 | 1,250.00 |
| BRADLEY J. WALLER | 2200-000 | N/A | 101.00 | 101.00 | 101.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Derek W. Simpson | 3210-600 | N/A | 13,320.00 | 13,320.00 | 13,320.00 |
| Derek W. Simpson | 3220-610 | N/A | 1,728.25 | 1,728.25 | 1,728.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 18,399.43 | 16,399.25 | 16,399.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors & assigns as Citibank | 7100-000 | N/A | 1,375.35 | 1,375.35 | 112.63 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 11,433.20 | 11,433.20 | 936.26 |
| 3 | CHASE BANK USA, NA | 7100-000 | N/A | 1,075.84 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 1,075.84 | 1,075.84 | 88.10 |
| 4 | CHASE BANK USA, NA | 7100-000 | N/A | 6,340.37 | 0.00 | 0.00 |
| 4 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 6,340.37 | 6,340.37 | 519.21 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 1,161.62 | 1,161.62 | 95.13 |
| 6 | Capital Recovery II | 7100-000 | N/A | 393.54 | 393.54 | 32.23 |
| 7 | Capital Recovery II | 7100-000 | N/A | 259.91 | 259.91 | 21.28 |
| 8 | Capital Recovery II | 7100-000 | N/A | 839.16 | 839.16 | 68.72 |
| 10 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 4,919.53 | 4,919.53 | 402.86 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 35,214.73 | 27,798.52 | 2,276.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-09419  
**Case Name:** ELLISON, ANNIE R  

**Period Ending:** 04/05/11

**Trustee:** (330500)  BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 04/17/08 (f)  
**§341(a) Meeting Date:** 06/12/08  
**Claims Bar Date:** 10/15/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | RESIDENCE - 983 PENNWOOD LANE, BOLINGBROOK, IL | 246,000.00 | 246,000.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT - CHASE | 150.00 | 150.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 200.00 | 200.00 | DA | 0.00 | FA |
| 5 | 401k PLAN | 600.00 | 600.00 | DA | 0.00 | FA |
| 6 | IRA ACCOUNT - CHASE | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 7 | PERSONAL INJURY CASE | 15,000.00 | Unknown | | 40,000.00 | Unknown |
| 8 | 2001 HONDA ACCORD | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.81 | FA |
| 9 | Assets      Totals (Excluding unknown values) | $288,450.00 | $273,450.00 | | $40,001.81 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2009        **Current Projected Date Of Final Report (TFR):**     October 2, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 08-09419 |
| **Case Name:** | ELLISON, ANNIE R |
| **Taxpayer ID #:** | **-***7972 |
| **Period Ending:** | 04/05/11 |

| | |
|---|---|
| **Trustee:** | BRADLEY J. WALLER (330500) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****98-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/09 | {7} | Allstate Indemnity Company | Personal Injury Settlement | 1142-000 | 40,000.00 | | 40,000.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 40,000.92 |
| 06/11/09 | | To Account #********9866 | | 9999-000 | | 9,952.67 | 30,048.25 |
| 06/11/09 | 1001 | Derek W. Simpson | per court order of 04/24/2009 | 3210-600 | | 13,320.00 | 16,728.25 |
| 06/11/09 | 1002 | Derek W. Simpson | Expenses per court order of 04/24/2009 | 3220-610 | | 1,728.25 | 15,000.00 |
| 06/11/09 | 1003 | Annie R. Ellison | per court order of 04/24/2009 | 8100-002 | | 15,000.00 | 0.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 0.89 |
| 09/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 0.89 |
| 09/18/09 | | To Account #********9866 | | 9999-000 | | 0.89 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 40,001.81 | 40,001.81 | $0.00 |
| Less: Bank Transfers | | 0.00 | 9,953.56 | |
| **Subtotal** | | 40,001.81 | 30,048.25 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| **NET Receipts / Disbursements** | | $40,001.81 | $15,048.25 | |

{} Asset reference(s)

Printed: 04/05/2011 10:30 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-09419  
**Case Name:** ELLISON, ANNIE R  

**Taxpayer ID #:** **-***7972  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****98-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/09 | | From Account #********9865 | | 9999-000 | 9,952.67 | | 9,952.67 |
| 06/11/09 | 101 | MidWest Rehab | | 4210-000 | | 542.60 | 9,410.07 |
| 06/11/09 | 102 | Socrates, Inc. | per court order of 04/24/2009 | 4210-000 | | 5,783.54 | 3,626.53 |
| 09/18/09 | | From Account #********9865 | | 9999-000 | 0.89 | | 3,627.42 |
| 11/13/09 | 103 | BRADLEY J. WALLER | Dividend paid 100.00% on $101.00, Trustee Expenses;  Reference: | 2200-000 | | 101.00 | 3,526.42 |
| 11/13/09 | 104 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,250.00, Trustee Compensation;  Reference: | 2100-000 | | 1,250.00 | 2,276.42 |
| 11/13/09 | 105 | PYOD LLC its successors & assigns as Citibank | Dividend paid   8.18% on $1,375.35; Claim# 1; Filed: $1,375.35; Reference: | 7100-000 | | 112.63 | 2,163.79 |
| 11/13/09 | 106 | Discover Bank/DFS Services LLC | Dividend paid   8.18% on $11,433.20; Claim# 2; Filed: $11,433.20; Reference: | 7100-000 | | 936.26 | 1,227.53 |
| 11/13/09 | 107 | CHASE BANK USA, NA | Dividend paid   8.18% on $1,075.84; Claim# 3 -2; Filed: $1,075.84; Reference: | 7100-000 | | 88.10 | 1,139.43 |
| 11/13/09 | 108 | CHASE BANK USA, NA | Dividend paid   8.18% on $6,340.37; Claim# 4 -2; Filed: $6,340.37; Reference: | 7100-000 | | 519.21 | 620.22 |
| 11/13/09 | 109 | CAPITAL ONE BANK (USA), N.A. | Dividend paid   8.18% on $1,161.62; Claim# 5; Filed: $1,161.62; Reference: | 7100-000 | | 95.13 | 525.09 |
| 11/13/09 | 110 | Capital Recovery II | Dividend paid   8.18% on $393.54; Claim# 6; Filed: $393.54; Reference: | 7100-000 | | 32.23 | 492.86 |
| 11/13/09 | 111 | Capital Recovery II | Dividend paid   8.18% on $259.91; Claim# 7; Filed: $259.91; Reference: | 7100-000 | | 21.28 | 471.58 |
| 11/13/09 | 112 | Capital Recovery II | Dividend paid   8.18% on $839.16; Claim# 8; Filed: $839.16; Reference: | 7100-000 | | 68.72 | 402.86 |
| 11/13/09 | 113 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid   8.18% on $4,919.53; Claim# 10; Filed: $4,919.53; Reference: | 7100-000 | | 402.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,953.56 | 9,953.56 | $0.00 |
| | | | Less: Bank Transfers | | 9,953.56 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 9,953.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$9,953.56** | |

{} Asset reference(s)

Printed: 04/05/2011 10:30 AM     V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-09419  
**Case Name:** ELLISON, ANNIE R  
**Taxpayer ID #:** **-***7972  
**Period Ending:** 04/05/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******98-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****98-65** | 40,001.81 | 15,048.25 | 0.00 |
| **Checking # ***-*****98-66** | 0.00 | 9,953.56 | 0.00 |
| **Checking # 9200-******98-66** | 0.00 | 0.00 | 0.00 |
| | **$40,001.81** | **$25,001.81** | **$0.00** |

{} Asset reference(s)

Printed: 04/05/2011 10:30 AM    V.12.56